

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

LAUREN L. O'BRIEN
*Assistant Corporation Counsel*
Phone: 212-356-0852
lobrien@law.nyc.gov

November 3, 2022

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
civilcases@ca2.uscourts.gov

Re: *Bey v. Brann*
Docket No. 22-2588

To the Hon. Clerk of the Court:

The New York City Law Department respectfully requests that it no longer be identified as counsel for the City of New York, New York City Department of Corrections, New York City Employee Retirement System, Melanie Whinnery, Cynthia Brann, John Doe 1-1000, and Jane Doe 1-1000 on the docket for this appeal. Because the district court remanded this action to New York Supreme Court, Kings County, and terminated all pending matters in the case sua sponte—evidently before service of process was completed—these parties did not appear below and the Law Department has not entered an appearance on their behalf.

Thank you for your consideration.

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
Attorney for Defendants

By: _____
Lauren L. O'Brien
Assistant Corporation Counsel

2

cc: Vicky Ware Bey
80 Patton Avenue
Wyandanch Territory, NY 11798
*Plaintiff Pro Se*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Bey

v.

Brann

**CERTIFICATE OF SERVICE***

Docket Number: 22-2588

I, Lauren O'Brien, hereby certify under penalty of perjury that
(print name)

on November 3, 2022, I served a copy of non-appearance letter
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery    X United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Vicky Ware Bey | 80 Patton Avenue | Wyandanch Territory | NY | 11798 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/3/2022                    /s/ Lauren O'Brien
Today's Date                    Signature

Certificate of Service Form (Last Revised 12/2015)