UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2588

**Caption [use short title]**

**Motion for:** to enter judgment in favor of the Appellant in the amount of 752,704,070.00 by default and to issue an indefinite interstate restraining order

**Set forth below precise, complete statement of relief sought:**
to enter judgment in favor of the Appellant in the amount of 752,704,070.00 by default and to issue an indefinite interstate restraining order.

Bey v. Brann

**MOVING PARTY:** Vicky Ware Bey, In Propria Persona
**OPPOSING PARTY:** Sylvia Hinds-Radix

[✓] Plaintiff    [ ] Defendant
[✓] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** Vicky Ware Bey (non atty)
c/o 80 Patton Avenue, Wyandanch Territory, New York Republic [11798]
email: c21res@aol.com , Phone 347-869-8529

**OPPOSING ATTORNEY:** Sylvia Hinds-Radix
City of New York Law Department / Corporation Counsel
100 Church Street, New York, New York 10007, Email; Hinds-RadixS_@nyc.gov

**Court-Judge/ Agency appealed from:** District Court Southern District of New York, New York Supreme Court, Kings County Rosemarie Montalbano

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [✓] No
Has this relief been previously sought in this court? [ ] Yes [✓] No
Requested return date and explanation of emergency: The Plaintiff / Petitoner - Appellant and her relatives are crime victims and the Defendants criminal course of conduct must immediately be enjoined and the Plaintiff / Petitioner - Appellant grievances must be redressed

Is oral argument on motion requested? [✓] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No  If yes, enter date:

**Signature of Moving Attorney:** Vicky J. Bey (non atty)  **Date:** 11/3/2022  **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

Vicky Ware Bey, In Proper Persona Sui Juris

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party

  VS

Cynthia Brann, Acting Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

CITY OF NEW YORK

JOHN DOE 1-1000, JANE DOE 1-1000

DEFENDANT(S)
_____

**AFFIRMATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND FOR AN INDEFINITE INTERSTATE RESTRAINING ORDER**

**DOCKET # 22-2588**

I Vicky Ware Bey, In Proper Persona Sui Juris, affirms that she is the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant in this matter who is personally knowledgeable of all the facts and circumstances. The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party – Appellant submits this Affirmation in Support of her Motion for Summary Judgment in the amount of $752,704,070.00 Seven Hundred Fifty Two Million Seven Hundred Four Thousand and Seventy Dollars and an Indefinite Interstate Restraining Order.

I am asking the court to enter judgment in my favor in the amount of $752,704,070.00 Seven Hundred Fifty Two Million Seven Hundred Four Thousand and Seventy Dollars and an Indefinite Interstate Restraining Order. I completed the service of process upon all the Defendants in this

matter in which I appeared.

The Defendants licentious access to us in which they use their employment positions, and social affiliations to unlawfully gain access to us makes a vulnerable. The Defendants who criminally trespassed upon our houses and effects interstate, illegally and unlawfully installing hidden eavesdropping and surveillance equipment inside of our houses and effects stalking, monitoring, recording and publicly furnishing unlawful surveillance images of us where we have a reasonable expectation of privacy, and illegally and unlawfully intercepting and disseminating all of our oral, wire, wireless, electronic communication which gives the Defendants and their criminal accomplices an unencumbered unfair advantage over us in violation of the Fourth Amendment in the United States Constitution, Title 18 USC 2261A, Title 18 USC 2511, Title 47 USC 230, Title 18 USC 1801, Title 18 USC 241, Title 18 USC 242 and New York State Penal Laws 250.05. 250.15, 250.25, 250.30, 250.40, 250.45 which I invoke as well as other state laws. The Defendants and their criminal accomplices / conspirators ongoing forced unconsented intrusion upon our solitude and invasion upon our privacy places us in danger which must be stopped. My father was already murdered in addition to other multiple unprecedented suspicious deaths in my family.

Yesterday, this ongoing matter became worse the defendants and their criminal accomplices / conspirators who are predatory stalkers used their social affiliations to gain unlawful access to medical files of one of my relatives while getting a picture of this elderly woman for unprovoked nefarious purposes. As crime victims safe housing is required and when I look for a safe place to live the Defendants and their criminal accomplices / conspirators interfere by spreading false information and rumors to prevent me and my relatives from having privacy so that they can continue their abusive criminal course of conduct against us.

A sexual harassment complaint in the workplace should have been resolved in a civilized and lawful manner and should have not escalated to this dangerous and ridiculous level of ongoing felonious crimes being committed against an employee for objecting to unwelcomed sexual harassment in the workplace in which her employer was aware of and intentionally remained recklessly indifferent, and out of my tenure this is the first and only complaint I have ever made. Something must be done about employment retaliation, workplace violence and the horrific crimes of Coordinated Stalking, Organized Stalking, and Gang Stalking which takes the lives of millions of people every year which exceeds gun violence and is unreported or underreported. The criminals who finance and coordinate these crimes are far more dangerous than people with unlicensed guns. I became a stalking victim at work in December 2014 and the Defendants criminal course of conduct against me and my relatives have not ceased and have become worse over the course of eight years. Committing ongoing felonious crimes against an employee and their relatives just because an employee objected to being sexually harassed in the workplace is uncalled for, ridiculous and injurious and the Defendants negligent hiring and retention practices are the direct and proximate cause of my injuries and the injuries intentionally inflicted upon my relatives past and present. I fear for my life and the lives of my relatives.

I am asking the court to immediately issue an indefinite interstate restraining order admonishing the Defendants and their criminal accomplices / conspirators from criminally trespassing upon our persons, places, houses and effects interstate, invading our houses, illegally and unlawfully installing hidden eavesdropping and surveillance equipment inside of our places, houses and effects stalking, monitoring, recording and publicly furnishing unlawful surveillance images of us without our implied and expressed consent and without our knowledge and in places where we have a reasonable expectation of privacy, forever barring the Defendants and their criminal

accomplices / conspirators from illegally and unlawfully intercepting and disseminating all of our oral, wire, wireless, electronic communications, contacting relatives through second or third parties for underhanded and nefarious purposes which includes the grooming of a relative for perverse sexual gratification and to intentionally cause them to get ill, ordering them to immediately cease and desist their ongoing criminal course of conduct against us including libel and slander which aids them in committing these ongoing crimes.

This indefinite interstate restraining order does not stop them from performing their lawful duties it prevents and stops them from continuing to commit crimes against me and my relatives indefinitely. Please schedule this matter on the court calendar for an oral argument as soon as possible.

In Conclusion

The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party – Appellant moves the court to enter judgment in her favor by default the amount of $752,704,070.00 Seven Hundred Fifty Two Million Seven Hundred Four Thousand and Seventy Dollars and an Indefinite Interstate Restraining Order.

November 3, 2022

                                                Sincerely,

                                                */s/ Vicky Ware Bey*

                                                _____
                                                Vicky Ware Bey, In proper persona, Sui Juris
                                                Vicky Ware, Ex Relatione
                                                All Rights Reserved, UCC 1-207, 1-308
                                                c/o 80 Patton Avenue
                                                Wyandanch Territory, New York Republic
                                                [11798]

22-2588

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Bay

v.

**CERTIFICATE OF SERVICE***

Docket Number: _____

Brann et al

I, Vicky Ware Bey, hereby certify under penalty of perjury that
  (print name)
on 11/3/22, I served a copy of Motion for
  (date)
default Judgment & Indefinite Interstate Restraining Order
  (list all documents)

by (select all applicable)**

___ Personal Delivery      ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

Sylvia Hinds Radix | City of New York Law Dept 100 Church Street | NY | NY | 10007
Name | Address | City | State | Zip Code

Name | Address | City | State | Zip Code

Name | Address | City | State | Zip Code

Name | Address | City | State | Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/3/22                Vicky B Bay
Today's Date                Signature

Certificate of Service Form (Last Revised 12/2015)