S.D.N.Y. – N.Y.C.
22-cv-2400
Swain, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of February, two thousand twenty-three.

Present:

    Debra Ann Livingston,
        *Chief Judge,*
    Susan L. Carney,
    Joseph F. Bianco,
        *Circuit Judges*.

———————

In re: Vicky Ware Bey,                                                                            22-2588

                      *Petitioner*.

———————

Petitioner, pro se, has filed a petition for a writ of mandamus, and moves for leave to proceed in forma pauperis, to file an oversized petition, and for other relief. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed in forma pauperis is GRANTED for the purpose of filing the mandamus petition. Petitioner's motion to file an oversized petition is also GRANTED. It is further ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that she lacks an adequate, alternative means of obtaining relief, that her right to the writ is clear and indisputable, or that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). Petitioner's remaining motions are DENIED as moot.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk of Court