UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **22-2588**                                    Caption [use short title]

Motion for: **recall mandate**

Set forth below precise, complete statement of relief sought:

The Plaintiff / Petitioner who is a crime victim / stalking victim

in this matter asks the court to recall the mandate because this matter was         **Re: Vicky Ware Bey v. Cynthia Brann**

not heard before a judicial Panel or placed on the court calendar for an oral argument

or ex part hearing upon the Plaintiff's Petition for a Writ of Mandamas,

which is also related to Petitoner's Appeal 22-1021 in which the Defendants / Appellees

defaulted by not filing an Appellees Brief denying or refuting the Petitioners Appeal

MOVING PARTY: **Vicky Ware Bey, In Propria Persona**   OPPOSING PARTY: Slyvia Hinds Radix, City of New York Law Department / Corporation Counsel Counsel for Defendants

- [✔] Plaintiff          [ ] Defendant
- [✔] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Vicky Ware Bey, In Propria Persona,(Non Attorney)   OPPOSING ATTORNEY: Slyvia Hinds Radix, City of New York Law Department / Corporation Counsel

[name of attorney, with firm, address, phone number and e-mail]

Vicky Ware Bey, In Propria Persona              Slyvia Hinds Radix, City of New York Law Department / Corporation Counsel

c/o 80 Patton Avenue, Wyandanch Territory, New York Republic [11798]   100 Church Street, New York, New York 10007

email: c21res@aol.com  Phone 347-869-8529    emails: Service@law.nyc.gov, or SHindsRadix@law.nyc.gov, Phone 212-356-1000

Court- Judge/ Agency appealed from: Judge Swain, S.D.N.Y, Kings County Supreme Court, Rosemarie Montalbano and Judge Levy Abadi

Please check appropriate boxes:                        FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes   [ ] No (explain):

Has this request for relief been made below?  [ ] Yes  [✔] No
Has this relief been previously sought in this court?  [ ] Yes  [✔] No
Requested return date and explanation of emergency:  **April 18, 2023**

The Plaintiff and her relatives are crime victims / stalking victims who are being deprived of their rights and forcefully exploited, whose lives are being jeopardized by the Defendants criminal course of conduct in this matter. The Plaintiff does not have any other adequate adequate means to obtain relief from this ongoing nine year ordeal that has not ceased causing the Plaintiff to become physical ill in which she was hospitalized.

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [ ] No   [✔] Don't Know

Is oral argument on motion requested?  [✔] Yes  [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✔] No  If yes, enter date:

Signature of Moving Attorney:

_____   Date: **April 4, 2023**   Service by: [✔] CM/ECF  [✔] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

RE: Vicky Ware Bey, In Proper Persona Sui Juris

Petitioner /Appellant / Plaintiff / Claimant / Crime Victim /Aggrieved and Injured Party

    VS

Cynthia Brann, Acting Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

CITY OF NEW YORK
JOHN DOE 1-10000, JANE DOE 1-10000

APPELLEE(S) / DEFENDANT(S)
_____

**AFFIRMATION IN SUPPORT OF MOTION TO RECALL THE MANDATE**

**DOCKET # 22-2588**

The Petitioner /Appellant / Plaintiff / Claimant / Crime Victim / Aggrieved and Injured Party, Vicky Ware Bey, In Proper Persona, Sui Juris, hereinafter referred to as the Petitioner affirms she is personally knowledgeable of all the facts and circumstances in this matter and files this Affirmation in Support of her Motion to recall the Mandate because she is a crime victim who has no other adequate means for relief or to resolve this racially motivated crime being committed against her during this ongoing nine year ordeal, in which the Petitioner's /Appellant's / Plaintiff's / Claimant's / Crime Victim's / Aggrieved and Injured Parties Petition

for a Writ of Mandamus is indisputable. The court made an oversight in her related appeal, Docket #22-1021in which the Defendants / Appellees defaulted by failing to file an Appellees Brief denying, disputing, refuting and rebutting the Petitioner's appeal in case 22-1021 which also contained her grievances to be redressed and her causes of action, and plausible claims for which relief could be granted.

This ongoing nine year employment related ordeal which has caused the Plaintiff / Petitioner who is a crime victim and the aggrieved and injured party in this matter to become physically ill because of the continued employment retaliation and stress that is intentionally being inflicted upon her by the defendants and their criminal accomplices who are using their employment status, titles and positions, criminally abusing their power to commit crimes against her and her relatives of which some have been murdered.

The Plaintiff / Petitioner became a crime victim at work because she objected to being sexually harassed by another employee in the workplace. Instead of her employer resolving an employment matter involving sexual harassment in a lawful and civilized manner her employer with other colleagues conspired to act under color of law using their employment positions, resources and affiliations to stalk, sexually exploit and oppress the Plaintiff / Petitioner which relates back to a case she had against them in 2017, docket # 17-cv-03476 which has escalated since then and has become significantly worse over the course of nine years in which the

Defendants criminal course of conduct against the Plaintiff / Petitioner and her relatives have not ceased and the relations back doctrine applies to this matter pursuant to Federal Rules Civil Procedures 15(c)(1)(B) and CPLR 203(C). The Plaintiff's / Petitioner's reputation has been destroyed, because of lies and rumors spread around about her by the Defendants and their criminal accomplices / conspirators who work collectively to destroy the Plaintiff's / Petitioner's life. The Plaintiff's / Petitioner's father was a stalking victim, and a witness to this crime was murdered to prevent him from testifying followed by a multitude of unprecedented suspicious deaths in the Plaintiff's / Petitioner's family as well as others. The Plaintiff / Petitioner who is being stalked and involuntarily sexually exploited gets death threats often and is being set up for a malicious prosecution just because she does not want to be stalked interstate, forcefully sexually exploited, criminally harassed, oppressed, discriminated against based upon her national origin and sex/gender, deprived or her rights and is seeking justice for the premeditated murder and hate crime of her father in which the Defendants intentionally failed to answer her discovery demands which includes answers and admissions, as well as the request for specified documents.

The Plaintiff / Petitioner has become physically ill because of the Defendants ongoing criminal course of conduct against her in which she was seen in the emergency room on April 1, 2023, kept for observation and admitted in the

hospital on Sunday April 2, 2023 for an ongoing stress related illness involving this matter concerning her heart.

**PLEASE TAKE NOTICE** The Plaintiff's / Petitioner's new medical condition, physical illness and hospitalization for her heart condition is directly and proximately related to the Defendants ongoing criminal course of conduct involving this ongoing nine year employment related ordeal which has not ceased. In addition to the Plaintiff's / Petitioner's new stress related medical condition involving her her heart which is an additional injury pertaining to this ongoing matter, the Plaintiff / Petitioner has been forced to assimilate otherwise she will not get services or products required to adequately function in society which is also injurious to her and would further jeopardize her well being.

The Plaintiff / Petitioner recently learned that her intellectual property might have be at risk for infringement or stolen which is another significant loss and injury inflicted upon the Plaintiff / Petitioner by the Defendants and their criminal accomplices / conspirators in this matter. The Plaintiff / Petitioner has now suffered additional injuries.

The Plaintiff / Petitioner asks the court to recall the mandate that was issued in error and without this matter being placed on the court calendar and heard before a Judicial panel, and requests that this matter be placed on the court calendar for an oral argument or ex parte hearing April 18, 2023.

Dated: April 4, 2023

*Vicky Ware Bey*

_____
Vicky Ware Bey, In Propria Persona,
Vicky Ware, Ex Relatione
All Rights Reserved, Without Prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Re: Vicky Ware Bey, In Propria Persona

**CERTIFICATE OF SERVICE***

Docket Number: **22-2588**

v.

Cynthia Brann, Acting Comissioner for New York City Departement of Corrections et al.

I, **Vicky Ware Bey, In Propria Persona**, hereby certify under penalty of perjury that
(print name)
on **April 4, 2023**, I served a copy of **Motion to Recall Mandate**
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Sylvia Hinds-Radix City of New York Law Department / Corporation Co | 100 Church Street | New York | NY | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**April 4, 2023**
Today's Date

Signature: *Vicky Ware Bey, All Right Reserved*

Certificate of Service Form (Last Revised 12/2015)