UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand twenty-three,

_____

In Re: Vicky Ware Bey
        Petitioner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Vicky Ware Bey,

        Petitioner,

v.

Cynthia Brann, Acting Commissioner, New York City Department of Corrections, New York City Department of Corrections, Melanie Whinnery, Executive Director, New York City Department of Corrections, City of New York, John Doe 1-1000, Jane Doe 1-1000, New York City Employee Retirement System,

        Respondents.
_____

**ORDER**
Docket No. 22-2588

Appellant's Vicky Ware Bey submission of a motion for continuance of appeal, for ex parte hearing, for default judgment, for oral argument, to vacate judgment, to recall mandate, to reconsider, for certificate of appealability does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said motion for continuance of appeal, for ex parte hearing, for default judgment, for oral argument, to vacate judgment, to recall mandate, to reconsider, for certificate of appealability is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

